# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **LEISURE PRODUCTS, INC.,** ) | |
| ) | |
| d/b/a California Sidecar ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. 3:24cv00011 |
| ) | |
| v. ) | |
| ) | |
| ) | |
| **TRIKE SHOP OF MINNESOTA, INC.,** ) | |
| ) | |
| d/b/a Roadsmith Trikes ) | |
| **Defendant.** ) | |

## RULE 41(a) NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff, Leisure Products, Inc., d/b/a California Sidecar ("Plaintiff" or "CSC"), by counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby dismisses the above-referenced lawsuit and causes of action without prejudice.

Dated: May 27, 2024

Respectfully Submitted,

By: /s/ Pietro F. Sanitate
Nathan A. Evans (VSB No. 46840)
WOODS ROGERS VANDEVENTER BLACK
123 East Main St., 5th Floor
Charlottesville, VA 22902
Telephone: 434-220-6829
Nathan.evans@woodsrogers.com

Pietro F. Sanitate (VSB No. 89538)
WOODS ROGERS VANDEVENTER BLACK
901 East Byrd St., Suite 1550
Richmond, VA 23219
Telephone: 804-343-5029
Pietro.sanitate@woodsrogers.com